DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BENJAMIN NATHAN LIPP,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0997

_____

February 25, 2026

Appeal from the Circuit Court for Pinellas County; Larry Keith Meyer, Judge.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

　　Affirmed.


MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.